IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA  :  Date of
  :  Notice: March 20, 2006
vs.  :
  :
Jonathan Bell  :  Criminal No. 04-252-01
STATE CUSTODY
969061

     **TAKE NOTICE** that the above-entitled case has been set for **Sentencing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on:

**Wednesday, April 5, 2006** at   **2:00 p.m.**   before
the Honorable **Legrome D. Davis**, in **Courtroom 6A, 6th floor**.

     **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

     If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.


     Very truly yours,

     *Marcella El-Shabazz*

     Marcella El-Shabazz
     Courtroom Deputy to Judge Davis
     267-299-7659

no INTERPRETER REQUIRED

X THIS PROCEEDING HAS BEEN RESCHEDULED FROM: NOTE - 11/28/05


     Notice to:
     Defendant
     William Brennan, Defense Counsel
     Terri Marinari, A.U.S.A.(via E-mail)
     U.S. Marshal (via E-mail)
     Probation Office (via E-mail)
     Pretrial Services (via E-mail)
Cr 4 (rev. 8/98)     Larry Bowman (via E-mail)